

# Fourth Court of Appeals
## San Antonio, Texas

November 24, 2015

No. 04-15-00183-CR

Richard **LARES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2006CR10110
Honorable Juanita A. Vasquez-Gardner, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice

This court's opinion in this *Anders*[1] appeal issued on November 4, 2015. Appellant has filed a notice in this court stating he did not receive a copy of this court's opinion. We construe appellant's notice as a motion for rehearing. The motion for rehearing is DENIED, but the clerk of this court is instructed to enclose a copy of this court's opinion and a copy of appellant's amended *pro se* brief filed on August 24, 2015 with this order. Our opinion references the process by which appellant may seek further review of our decision by the Texas Court of Criminal Appeals.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of November, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] *Anders v. California*, 386 U.S. 738 (1967).